**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **TRI-CON, INC. and** | § | |
| **STARR SURPLUS LINES** | § | |
| **INSURANCE COMPANY,** | § | |
| *Plaintiffs* | § | |
| | § | **Civil Action No. 1:20-cv-00535** |
| **V.** | § | |
| | § | |
| **UNION PACIFIC RAILROAD** | § | |
| **COMPANY,** | § | |
| *Defendants.* | § | |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S**
**NOTICE OF REMOVAL**

Defendant Union Pacific Railroad Company ("Defendant") hereby removes the State

Court Action, as defined below, under 28 U.S.C. §§ 1332(a) and 1441(b), because the amount in

controversy is greater than $75,000 and complete diversity of citizenship exists.

**I.**
**LOCAL RULE CV-81 REQUIREMENTS**

Pursuant to Local Rule CV-81, Defendant states as follows:

**(a)**    The removed case was styled in the state court as: *Tri-Con, Inc. and Starr Surplus*

*Lines Insurance Company v. Union Pacific Railroad Company*, No. B-206542, 60th Judicial

District Court of Jefferson County, Texas (the "State Court Action").

**(b)**    Defendant demanded a jury trial in its answer. **Exhibit 6**. Defendant will be filing

a separate jury demand pursuant to Local Rule CV-38(a) and Federal Rule of Civil Procedure 38.

**(c)(1)**   A list of parties to the State Court Action follows: (i) Plaintiff Tri-Con, Inc.; (ii)

Plaintiff Starr Surplus Lines Insurance Company; and (iii) Defendant Union Pacific Railroad

Company. The State Court Action is pending for all the foregoing parties. No other parties were

joined and previously dismissed.

**(c)(2)**   The following exhibits are attached to this Notice of Removal. These constitute all documents required to be filed under Local Rule CV-81 and 28 U.S.C. § 1446(a).

| | |
|---|---|
| **Exhibit 1** | Index of Exhibits to Notice of Removal; |
| **Exhibit 2** | Civil Cover Sheet; |
| **Exhibit 3** | Certified Copy of State Court Action Docket Sheet; |
| **Exhibit 4** | Plaintiff Tri-Con, Inc.'s and Starr Surplus Lines Insurance Company's Original Petition and Plaintiff Tri-Con, Inc.'s Application for Permanent Injunction; |
| **Exhibit 5** | Return of Service for Defendant Union Pacific Railroad Company, dated November 17, 2020; and |
| **Exhibit 6** | Defendant Union Pacific Railroad Company's Original Answer, dated December 10, 2020. |

**(c)(3)**  A complete list of attorneys in the State Court Action follows:

**For Plaintiff Tri-Con, Inc.:**
**Stephen H. Lee**
State Bar No. 00791092
slee@porterhedges.com
**Sean M. McChristian**
State Bar No. 24067751
smcchristian@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6632 (phone)
(713) 226-6232 (fax)

-and-

**P. Alan Sanders**
State Bar No. 17602100
PasLaw@MooreLandrey.com
**MOORE LANDREY, LLP**
527 21st St., No. 27
Galveston, Texas 77550
(409) 882-1706 (phone)

**For Plaintiff Starr Surplus Lines Insurance Company:**
**Paul B. Hines**
State Bar No. 24104750
phines@dt-law.com
**Evan J. Malinowski**
State Bar No. 24119454
emalinowski@dt-law.com
**DENENBERG TUFFLEY, PLLC**
28411 Northwest Highway, Suite 600
Southfield, MI 48034
(248) 549-3900 Telephone
(248) 593-5808 Facsimile

**For Defendant Union Pacific Railroad Company:**
**Marcy Lynn Rothman**
State Bar No. 17318500
mrothman@krcl.com
**M. Daniel Guerra**
State Bar No. 00793865
dguerra@krcl.com
**Demetri J. Economou**
State Bar No. 24078461
deconomou@krcl.com
**KANE RUSSELL COLEMAN LOGAN PC**
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
(713) 425-7400 (Phone)
(713) 425-7700 (Fax)

**(c)(4)**   Defendant demanded a jury trial in its answer. **Exhibit 6**. Neither of Plaintiffs demanded a jury trial in the State Court Action.

**(c)(5)**   The State Court Action was removed from the 60th Judicial District Court of Jefferson County, Texas, Jefferson County Courthouse, 1149 Pearl Street, Beaumont, TX 77701.

**(d)**      No motions were pending in the State Court Action.

## II.
## GROUNDS FOR REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendant sets forth the following "short and plain statement of the grounds for removal." Plaintiffs brought suit against Defendant related to the flooding of Plaintiff Tri-Con, Inc.'s property, asserting violations of the Texas Water Code, and claims for negligence, nuisance and trespass. Plaintiff Tri-Con, Inc. has requested a permanent injunction against Defendant.

Removal is proper under 28 U.S.C. §§ 1332(a) and 1441(b) because the amount in controversy is greater than $75,000 and complete diversity of citizenship exists.

**A.      The amount in controversy is greater than $75,000.**

Plaintiffs' Original Petition states: "Plaintiffs seek monetary relief that exceeds $1,000,000." **Exhibit 4** at ¶ 2.

**B.      Complete diversity of citizenship exists.**

Plaintiff Tri-Con, Inc. is a Texas corporation with its principal office and nerve center in Jefferson County, Texas. Plaintiff Tri-Con, Inc. is a citizen of Texas for diversity purposes.

Plaintiff Starr Surplus Lines Insurance Company is an Illinois corporation with its principal office and nerve center in New York, New York. Plaintiff Starr Surplus Lines Insurance Company is a citizen of Illinois and New York for diversity purposes.

Defendant is a Delaware corporation with its principal office and nerve center in Omaha,

Nebraska. Defendant is thus a citizen of Delaware and Nebraska for diversity purposes.

Therefore, because no party is a citizen of the same state, there is complete diversity of citizenship under 28 U.S.C. § 1332(a).

**C.    Venue is proper in the Eastern District of Texas, Beaumont Division.**

Venue is proper in the United States District Court for the Eastern District of Texas, Beaumont Division, because 60th Judicial District Court of Jefferson County is within this district and division.

**D.    Removal is timely.**

Defendant was served with Plaintiff's Original Petition on November 17, 2020. Therefore, this Notice of Removal is timely because it was filed within 30 days of that service.

**III.**
**STATE COURT NOTICE AND SERVICE ON ALL COUNSEL**

Pursuant to 28 U.S.C. § 1446(d), Defendant is providing written notice of the filing of this Notice of Removal to all counsel of record and is filing a copy of this Notice of Removal with the Clerk of the District Court of Jefferson County, Texas, in which the State Court Action was originally commenced.

**IV.**
**CONCLUSION**

Defendant Union Pacific Railroad Company hereby removes the State Court Action from the 60th Judicial District Court of Jefferson County, Texas, with all further activity to proceed in the United States District Court for the Eastern District of Texas, Beaumont Division.

Dated: December 11, 2020        Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ Marcy Lynn Rothman*
    MARCY LYNN ROTHMAN
    State Bar No. 17318500
    mrothman@krcl.com
    M. DANIEL GUERRA
    State Bar No. 00793865
    dguerra@krcl.com
    DEMETRI J. ECONOMOU
    State Bar No. 24078461
    deconomou@krcl.com
    5051 Westheimer Road, 10th Floor
    Houston, Texas 77056
    (713) 425-7400
    (713) 425-7700 (Fax)

**ATTORNEYS FOR DEFENDANT**
**UNION PACIFIC RAILROAD COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded to all counsel of record on this the 11th day of December, 2020 pursuant to the Federal Rules of Civil Procedure.

*/s/ Marcy Lynn Rothman*
Marcy Lynn Rothman