IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS,
BEAUMONT DIVISION

| | | |
|---|---|---|
| TRI-CON, INC. and STARR SURPLUS LINES INSURANCE COMPANY, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. 1:20-cv-535-MAC |
| UNION PACIFIC RAILROAD COMPANY, *Defendant*. | § § § § § | |

**PLAINTIFF STARR SURPLUS LINES INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF STARR'S CLAIMS ONLY PURSUANT TO RULE 41(a)(2)**

Plaintiff, Starr Surplus Lines Insurance Company, respectfully moves this Court to dismiss all of its claims against Defendant, Union Pacific Railroad Company, pursuant to Fed. R. Civ. P. 41(a)(2), with prejudice.

On April 11, 2023, Plaintiff Starr settled its claims against Union Pacific and agreed to dismiss all pending claims against Union Pacific Railroad Company with prejudice. As of filing this motion, Plaintiff, Tri-Con, Inc., has not consented to a Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, Plaintiff, Starr Surplus Lines Insurance Company, seeks an Order of Court, pursuant to Fed. R. Civ. P. 41(a)(2), dismissing Plaintiff Starr's claims against Defendant Union Pacific Railroad Company, with prejudice, and with each party bearing their own costs.

Defendant Union Pacific Railroad Company, via electronic signature of counsel below, consents to this Motion.


Dated: July 10, 2023

Respectfully submitted,

DENENBERG TUFFLEY PLLC

By: */s/ Evan J. Malinowski*
    Evan J. Malinowski
    Texas Bar No. 24119454
    Paul B. Hines
    Texas Bar No. 24104750
    28411 Northwestern Hwy
    Suite 600
    Southfield, MI 48034
    Telephone:  (248) 549-3900
    Facsimile:   (248) 593-5805
    emalinowski@dt-law.com
    phines@dt-law.com

     ***Attorneys for Plaintiff, Starr Surplus Lines Insurance Company***

SHOOK, HARDY, & BACON, L.L.P.

By: */s/ Norma N. Bennett*
Norma N. Bennett
Texas Bar No. 24028492
600 Travis St., Suite 3400
Houston, Texas 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
nbennett@shb.com

     ***Attorneys for Defendant, Union Pacific Railroad Company***

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, the above and foregoing document was filed electronically through the CM/ECF system, which sent notification of such filing to all known counsel of record, addressed as follows:

| | |
|---|---|
| Stephen Howard Lee<br>Sean Michael McChristian<br>PORTER HEDGES, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX  77002<br><br>*Attorneys for Plaintiff,*<br>*Tri-Con, Inc.* | Norma N. Bennett<br>SHOOK, HARDY & BACON L.L.P.<br>600 Travis Street, Suite 3400<br>Houston, TX 77002<br><br>*Attorneys for Defendant,*<br>*Union Pacific Railroad Company* |

*/s/ Evan J Malinowski*
Evan J. Malinowski