IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TRI-CON, INC. and STARR SURPLUS | § | |
| LINES INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-535-MAC-CLS |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## REPORT AND RECOMMENDATION
## ON PLAINTIFF STARR'S UNOPPOSED MOTION TO DISMISS (Doc. #92)

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the undersigned United States magistrate judge to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOCAL R. CV-72.

Plaintiff Starr Surplus Lines Insurance Company ("Starr") notified the court on July 10, 2023, that it had reached a settlement with Defendant. On July 11, 2023, Plaintiff Starr filed an Unopposed Motion to Dismiss all its claims against Defendant pursuant to that settlement. (Doc. #92.)

## Recommendation

The undersigned therefore **RECOMMENDS** that Plaintiff Starr's Unopposed Motion to Dismiss (doc. #92) be **GRANTED** and Plaintiff Starr's claims against Defendant be **DISMISSED WITH PREJUDICE** pursuant to the parties' settlement.

## Objections

**Within five (5)[1] days after service** of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).   To be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object.  *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

**SIGNED this the 12th day of July, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

---

[1] Typically, a party may file objections within fourteen days of service. However, the objection period for this report is shortened in light of the upcoming hearing and the nature of this motion, which is unopposed and filed pursuant to a settlement between one of the Plaintiffs and Defendant.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2); E.D. Tex. Civ. R. CV-72(c); *see Spikes v. TLG Rests., LLC/The Lewis IZU Grp. Rests., LLC*, No. 9:18-CV-122, 2020 WL 262984, at *6 n.2 (E.D. Tex. Jan. 9, 2020).