| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TRI-CON, INC. and STARR SURPLUS §
LINES INSURANCE COMPANY, §
§
*Plaintiffs*, §
§
*versus* §  CIVIL ACTION NO. 1:20-CV-535
§
UNION PACIFIC RAILROAD §
COMPANY, §
§
*Defendant*. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On July 12, 2023, the magistrate judge entered a Report and Recommendation (#93) in which she recommended granting Plaintiff Starr Surplus Insurance Company's ("Starr") Unopposed Motion to Dismiss (#92) pursuant to the settlement reached between Starr and Defendant. To date, the parties have not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] The objection period for the Report and Recommendation was shorted to five days in light of upcoming hearings and the nature of the motion.

2

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#93) is **ADOPTED**. Plaintiff Starr's claims against Defendant are **DISMISSED WITH PREJUDICE**.

SIGNED at Beaumont, Texas, this 28th day of July, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE