IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TRI-CON, INC. and STARR SURPLUS LINES INSURANCE COMPANY      *Plaintiffs*, | § § § § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-535 |
| UNION PACIFIC RAILROAD COMPANY      *Defendant*. | § § § § | |

**ORDER DIRECTING THE FILING
OF CLOSING DOCUMENTS PURSUANT TO SETTLEMENT**

The parties notified this court on February 1, 2024, that they had reached a settlement. The court accordingly now enters this order setting a deadline for the submission of closing papers and administratively closing the case.

The court **ORDERS** that the parties or their counsel shall submit to the court all papers necessary (e.g. final proposed judgment, motion for dismissal and/or stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41) for the closing of this case and its removal from the court's active docket on or before **June 3, 2024.** The case is **ADMINISTRATIVELY CLOSED** while the parties finalize their closing documents. All court settings and pretrial deadlines**, are TERMINATED**, and all pending motions are **TERMINATED as MOOT**, without prejudice to reinstate should settlement not be finally obtained. In the event the case is reinstated, counsel retains the responsibility to re-urge any motions. Pursuant to the settlement, the court will

1

enter a final order of dismissal after receiving the necessary closing documents as addressed herein.

**SIGNED this the 7th day of February, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE