IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TRI-CON, INC. and STARR SURPLUS LINES INSURANCE COMPANY, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-535-CLS |
| UNION PACIFIC RAILROAD COMPANY, | § § § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

In accordance with 28 U.S.C. § 636(c), all appearing parties to this action waived their right to proceed before a district judge of this court and consented to have the undersigned United States magistrate judge conduct all proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment. (Docs. #106, #107.) On July 1, 2024, the remaining parties submitted a joint Stipulation of Dismissal with Prejudice in which they stipulate to a voluntary dismissal with prejudice of this matter. (Doc. #128.)

The court finds the stipulation to be meritorious and final judgment is warranted. It is, therefore, **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' Stipulation of Dismissal with Prejudice. Each party is to bear its own cost of court and attorney's fees. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case.

**THIS IS A FINAL JUDGMENT.**

SIGNED this the 2nd day of July, 2024.

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE